

**Casie Walker**

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

September 28, 2015

Court of Appeals - Third District of Texas
via email - 3rdclerksandreporters@txcourts.gov

Re:     Court of Appeals Number: 03-15-00564-CR
        Trail Court Case Number: 42474

Style:  The State of Texas
        Vs.
        Shanney Velwood

This letter is to advise the Court there has been no request for the Clerk to prepare a record in the above-styled cause; and no payment has been tendered.  Therefore, I am not be able to meet the appeal deadline.

Sincerely,

Casie Walker
District Clerk

cc:     Mr. Terrence Kirk, Attorney              via email